**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re* BAYCOL PRODUCTS LITIGATION          MDL NO. 1431
                                             (MJD/SRN)
This Document Relates to:

**ORDER**

*Paul Haines, et al., v. Bayer Corp., et al.*          Case No. 03-4601
     *(Plaintiff Eli Harland only)*

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated May 4, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED that:

    1.    Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Eli Harland [Doc. No. 23] is GRANTED; and

    2.    Plaintiff Eli Harland's action is DISMISSED WITH PREJUDICE.

DATED: May 22, 2007.

                                  s /Michael J. Davis
                                  Judge Michael J. Davis
                                  United States District Court Judge